Monika Andes, Plaintiff, v. Abraham Roskin and Richard Neuberg, Defendants.

Richard Neuberg, Counterplaintiff-Appellee, v. Abraham Roskin, Counterdefendant, and Oliver E. Meyer, Third Party Defendant-Appellant.

Gen. No. 52,227. (Abstract of Decision.)

First District, First Division.

September 16, 1968.

Lazzara & Narusis, of Chicago (Rolland H. Stimson, of counsel), for appellant; Hubbard, Hubbard, O'Brien & Hall, of Chicago (Alvin G. Hubbard and Edward C. Purcell, of counsel), for appellee. Opinion by PRESIDING JUSTICE BURMAN. Not to be published in full.